1  MARCO SIMONS, ESQ. [S.B. #237314]
   marco@earthrights.org
2  RICHARD HERZ, ESQ.
   rick@earthrights.org
3  EARTHRIGHTS INTERNATIONAL
   1612 K Street N.W., Suite 401
4  Washington, DC 20006
   Telephone: (202) 466-5188
5  Facsimile: (202) 466-5189

6  ABBY RUBINSON, ESQ. [S.B. #257189]
   abbyrubinson@gmail.com
7  862 Guerrero St., Apt. 1
   San Francisco, CA 94110
8  Telephone: (415) 233-3304

9  JUDITH BROWN CHOMSKY
   Law Offices of Judith Brown Chomsky
10 8120 New Second St.
   Elkins Park, PA 19027
11 Telephone: (215) 782-8367
   Facsimile: (215) 782-8368

12

13 Attorneys for Applicants Theophilus G. Metsagharun,
   Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and Gbejule Okoturo

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16                                                                    **RS**

17

18  CV 12 **80: 274MISC**

**PROOF OF SERVICE**

19 *IN RE* APPLICATION OF THEOPHILUS G.
   METSAGHARUN, *et. al.* FOR AN ORDER
   GRANTING LEAVE TO ISSUE SUBPOENAS
20 FOR THE TAKING OF DISCOVERY PURSUANT
   TO 28 U.S.C. § 1782

21

22

23

24

25

26

27

28

FILED

NOV 2 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I hereby certify that on November 29, 2012 I served the documents described as:

1. APPLICATION OF THEOPHILUS G. METSAGHARUN, *et. al.* FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782;

2. DECLARATION OF RICHARD HERZ IN SUPPORT OF APPLICATION OF THEOPHILUS G. METSAGHARUN, *et. al.* FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782;

3. DECLARATION OF GEORGE OGARA IN SUPPORT OF APPLICATION OF THEOPHILUS G. METSAGHARUN, *et. al.* FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782;

4. [PROPOSED] ORDER GRANTING APPLICATION OF THEOPHILUS G. METSAGHARUN, *et. al.* FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782; and

5. CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

on

| | |
|---|---|
| The Prentice-Hall Corporation System, Inc. 2710 Gateway Oaks Dr. Ste. 150N Sacramento, CA 95833 | Agent for service for Chevron Corporation |
| The Prentice-Hall Corporation System, Inc. 2710 Gateway Oaks Dr. Ste. 150N Sacramento, CA 95833 | Agent for service for Chevron USA, Inc. |

## XX  BY MAIL

XX  In a sealed envelope addressed to the foregoing. I deposited such envelope in the mail at San Francisco, California.  The envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2012 at San Francisco, California.

Abby Rubinson
Declarant

PROOF OF SERVICE

1