1  MARCO SIMONS, ESQ. [S.B. #237314]
   marco@earthrights.org
2  RICHARD HERZ, ESQ.
   rick@earthrights.org
3  EARTHRIGHTS INTERNATIONAL
   1612 K Street N.W., Suite 401
4  Washington, DC 20006
   Telephone: (202) 466-5188
5  Facsimile: (202) 466-5189

6  ABBY RUBINSON, ESQ. [S.B. #257189]
   abbyrubinson@gmail.com
7  862 Guerrero St., Apt. 1
   San Francisco, CA 94110
8  Telephone: (415) 233-3304

9  JUDITH BROWN CHOMSKY
   Law Offices of Judith Brown Chomsky
10 8120 New Second St.
   Elkins Park, PA 19027
11 Telephone: (215) 782-8367
   Facsimile: (215) 782-8368

12

13 Attorneys for Applicants Theophilus G. Metsagharun,
   Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and Gbejule Okoturo

14

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**      *RS*

17

18 CV 12                         Case No.   80 274 MISC

19 *IN RE* APPLICATION OF THEOPHILUS G.        **APPLICANTS' ADMINISTRATIVE**
   METSAGHARUN, *ET. AL.* FOR AN ORDER        **MOTION TO FILE UNDER SEAL**
20 GRANTING LEAVE TO ISSUE SUBPOENAS          **APPLICATIONS IN SUPPORT OF** *EX*
   FOR THE TAKING OF DISCOVERY PURSUANT       *PARTE* **MOTION TO PROCEED** *IN*
21 TO 28 U.S.C. § 1782                        *FORMA PAUPERIS*

22

23

24

25

26

27

28

FILED

NOV 2 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | **ADMINISTRATIVE MOTION** |
| 2 | Pursuant to Civil Local Rule 79-5(b), the Applicants in *In re Application of Theophilus G.* |
| 3 | *Metsagharun* —Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and |
| 4 | Gbejule Okoturo—hereby move to file under seal their Applications in support of their *Ex Parte* Motion |
| 5 | to Proceed *in Forma Pauperis*. |
| 6 | Each applicant is an indigent Nigerian villager who has concurrently filed individual |
| 7 | Applications and a joint Motion to Proceed *in Forma Pauperis*. Declaration of Richard Herz in Support |
| 8 | of Applicants' Administrative Motion to File under Seal Applicants' Declarations in Support of *ex Parte* |
| 9 | Motion to Proceed *in Forma Pauperis* ¶4. The Applications each contain detailed personal financial |
| 10 | information. *Id.* ¶5. |
| 11 | "Documents containing personal financial information submitted to support Plaintiff[s'] request |
| 12 | to proceed in forma pauperis . . . are not related to the process of adjudicating Plaintiff[s'] claims. Such |
| 13 | documents are administrative rather than judicial and are therefore not subject to disclosure to the |
| 14 | public." *Morrison v. Dietz*, No. C-09-05467 JCS, 2010 U.S. Dist. LEXIS 12859 *8 (N.D.Cal. Feb. 1, |
| 15 | 2010) (internal citations omitted). Accordingly, Applicants' motion to seal these documents should be |
| 16 | granted. *Id.*; *see also FDIC v. Tarkanian*, No. 10cv980-WQH-BGS, 2012 U.S. Dist. LEXIS 54037 *5 |
| 17 | (S.D. Cal. April 17, 2012) (fact that document contains personal financial information justifies filing |
| 18 | under seal). |
| 19 | Date: *November 28, 2012*          Respectfully Submitted, |
| 20 | |
| 21 | *Marco Simons* by RLH |
| 22 | Marco Simons |
| 23 | EarthRights International |
| 24 | 1612 K Street, N.W. Suite 401 |
| 25 | Washington, DC 20006 |
| 26 | Counsel for Applicants |
| 27 | |
| 28 | |