| | |
|---|---|
| 1 | MARCO SIMONS, ESQ. [S.B. #237314] |
| | marco@earthrights.org |
| 2 | RICHARD HERZ, ESQ. |
| | rick@earthrights.org |
| 3 | EARTHRIGHTS INTERNATIONAL |
| | 1612 K Street N.W., Suite 401 |
| 4 | Washington, DC 20006 |
| | Telephone: (202) 466-5188 |
| 5 | Facsimile: (202) 466-5189 |
| 6 | ABBY RUBINSON, ESQ. [S.B. #257189] |
| | abbyrubinson@gmail.com |
| 7 | 862 Guerrero St., Apt. 1 |
| | San Francisco, CA 94110 |
| 8 | Telephone: (415) 233-3304 |
| 9 | JUDITH BROWN CHOMSKY |
| | Law Offices of Judith Brown Chomsky |
| 10 | 8120 New Second St. |
| | Elkins Park, PA 19027 |
| 11 | Telephone: (215) 782-8367 |
| | Facsimile: (215) 782-8368 |

FILED
NOV 29 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Applicants Theophilus G. Metsagharun,
Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and Gbejule Okoturo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**RS**

CV 12 80 274 MISC

Case No:

| | |
|---|---|
| *IN RE* APPLICATION OF THEOPHILUS G. METSAGHARUN, *et. al.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | **DECLARATION OF RICHARD HERZ IN SUPPORT OF APPLICANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICATIONS IN SUPPORT OF *EX PARTE* MOTION TO PROCEED *IN FORMA PAUPERIS*** |

---

DECLARATION OF RICHARD HERZ IN SUPPORT OF MOTION TO FILE UNDER SEAL

# DECLARATION OF RICHARD HERZ

I, Richard Herz, declare and say:

1. I am an attorney duly licensed to practice law in the State of New York. I have personal knowledge of the facts stated herein, and if called upon to do so in a court of law, I could and would testify competently to the following.

2. I serve as counsel for the Applicants, Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and Gbejule Okoturo in this action, who are plaintiffs individually and as representatives of five villages in Ugbororo Community, Warri South West Local Government Area of Delta State, Nigeria in *Theophilus G. Metsagharun et. al. v. Chevron Nigeria Ltd.*, SUIT No.: FHC/ASB/CS/130/2010 in the Federal High Court of Nigeria, Asaba Judicial Division.

3. In this action, Applicants seek an order pursuant to 28 U.S.C. § 1782 to obtain discovery from Respondents Chevron Corporation and Chevron U.S.A., Inc. for use in *Theophilus G. Metsagharun et. al. v. Chevron Nigeria Ltd.*, pending foreign proceedings in which Applicants and Chevron's subsidiary are parties.

4. Each of the Applicants is an indigent Nigerian villager who has filed individual Applications and a joint Motion to Proceed *in Forma Pauperis*.

5. The Applications largely contain detailed personal financial information.

6. Applicants have not sought a stipulation from Respondents to file these documents under seal because the Motion to Proceed *in Forma Pauperis* is filed *ex parte* pursuant to Civil Local Rule 3-10.

I declare under penalty of perjury and pursuant to the laws of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of November, 2012 at West Hartford, CT.

*Richard Herz*
Richard Herz

---

DECLARATION OF RICHARD HERZ IN SUPPORT OF MOTION TO FILE UNDER SEAL

1