MARCO SIMONS, ESQ. [S.B. #237314]
marco@earthrights.org
RICHARD HERZ, ESQ.
rick@earthrights.org
EARTHRIGHTS INTERNATIONAL
1612 K Street N.W., Suite 401
Washington, DC 20006
Telephone: (202) 466-5188
Facsimile: (202) 466-5189

ABBY RUBINSON, ESQ. [S.B. #257189]
abbyrubinson@gmail.com
862 Guerrero St., Apt. 1
San Francisco, CA 94110
Telephone: (415) 233-3304

JUDITH BROWN CHOMSKY
Law Offices of Judith Brown Chomsky
8120 New Second St.
Elkins Park, PA 19027
Telephone: (215) 782-8367
Facsimile: (215) 782-8368

Attorneys for Applicants Theophilus G. Metsagharun,
Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and Gbejule Okoturo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *IN RE* APPLICATION OF THEOPHILUS G. METSAGHARUN, *ET. AL.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Case No: CV 12-80 274 MISC RS<br><br>**[PROPOSED] ORDER GRANTING APPLICANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICATIONS IN SUPPORT OF *EX PARTE* MOTION TO PROCEED *IN FORMA PAUPERIS*** |

# ORDER

Pursuant to Civil Local Rule 79-5, the Applicants in *In re Application of Theophilus G. Metsagharun* —Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and Gbejule Okoturo—move to file under seal their Applications in support of their *Ex Parte* Motion to Proceed *in Forma Pauperis*.

The Applications each contain detailed personal financial information. "Documents containing personal financial information submitted to support Plaintiff's request to proceed in forma pauperis . . . are not related to the process of adjudicating Plaintiff's claims. Such documents are administrative rather than judicial and are therefore not subject to disclosure to the public." *Morrison v. Dietz*, No. C-09-05467 JCS, 2010 U.S. Dist. LEXIS 12859 *8 (N.D.Cal. Feb. 1, 2010) (internal citations omitted). Accordingly, Applicants' motion to seal these documents is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: _____

United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL APPLICATIONS IN SUPPORT OF *EX PARTE* MOTION TO PROCEED *IN FORMA PAUPERIS*

- 1 -