Robert A. Mittelstaedt (State Bar No. 60359)
Caroline N. Mitchell (State Bar No. 143124)
David L. Wallach (State Bar No. 233432)
ramitteslstaedt@jonesday.com
cnmitchell@jonesDay.com
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415-626-3939
Facsimile: 415-875-5700

Attorneys for Respondents
CHEVRON CORPORATION and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLICATION OF THEOPHILUS G. METSAGHARUN, *et al.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. 1782 | No. CV 12 80 274 MISC RS (KAW)<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE<br><br>Courtroom: 4<br>Judge: Hon. Kandis A. Westmore |

In accordance with Local Rule 7-12, the parties in the above-captioned action, through their respective counsel, stipulate as follows:

Whereas Applicants Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo Omadeli and Gbejule Okoturo filed an Application for Discovery Pursuant to 28 U.S.C. § 1782 on November 29, 2012 (the "Application");

Whereas, before the case was assigned, Applicants noticed the Application for hearing on Tuesday, January 11, 2013, at 10:00 a.m.;

Whereas Applicants and Respondents Chevron Corporation and Chevron U.S.A. Inc. (together "Respondents") agree that the hearing date and briefing schedule should be modified to

accord with the Court's Standing Orders and the parties' respective schedules, and in order to allow the parties adequate time to meet and confer;

IT IS HEREBY STIPULATED THAT:

1. The hearing for the Application shall be continued to January 17, 2013 at 11:00 a.m.;

2. Respondents' Opposition brief shall be due no later than January 4, 2013;

3. Applicants' Reply brief shall be due no later than January 10, 2013.

Pursuant to Local Rule 5-1(i)(3), I, David L. Wallach, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: December 17, 2012        JONES DAY

By: /S/ David L. Wallach
    David L. Wallach

    Counsel for Respondents
    CHEVRON CORPORATION and
    CHEVRON U.S.A. INC.

Dated: December 17, 2012        EARTHRIGHTS INTERNATIONAL

By: /S/ Richard Herz
    Richard Herz (*pro hac vice*)

    Counsel for Applicants
    THEOPHILUS G. METSAGHARUN,
    ET AL.

PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED THAT:

The hearing and briefing schedule are modified as set forth above.

Dated: _____           _____
                                  The Honorable Kandis A. Westmore

SFI-796589v1

- 2 -

STIP. AND [PROPOSED] ORDER MODIFYING
HEARING AND BRIEFING SCHEDULE
CASE NO. 12-mc-80274 RS (KAW)