IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE THEOPHILUS G. METSAGHARUN,
et al.,

      Plaintiffs

No. C 12-80274 JSW

**ORDER**

    This matter comes before the Court upon consideration of Plaintiffs' application to proceed *in forma pauperis*. Having considered the application, the Court finds good cause to grant the request. Accordingly, IT IS ORDERED that the application to proceed *in forma pauperis* is GRANTED and that the Clerk shall issue the summons. However, the Court DENIES the motion to file the applications under seal. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, Plaintiff's affidavit and this Order upon the Respondents.

    **IT IS SO ORDERED.**

Dated: January 3, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE