Robert A. Mittelstaedt (State Bar No. 60359)
Caroline N. Mitchell (State Bar No. 143124)
David L. Wallach (State Bar No. 233432)
ramitteslstaedt@jonesday.com
cnmitchell@jonesDay.com
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     415-626-3939
Facsimile:      415-875-5700

Attorneys for Respondents
CHEVRON CORPORATION and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* APPLICATION OF THEOPHILUS G. METSAGHARUN, *et al.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. 1782 | No. CV 12 80 274 MISC RS (KAW) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE** <br><br> Courtroom:   4 <br> Judge:         Hon. Kandis A. Westmore |

In accordance with Local Rule 7-12, the parties in the above-captioned action, through their respective counsel, stipulate as follows:

Whereas Applicants Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo Omadeli and Gbejule Okoturo filed an Application for Discovery Pursuant to 28 U.S.C. § 1782 on November 29, 2012 (the "Application");

Whereas, before the case was assigned, Applicants noticed the Application for hearing on Tuesday, January 11, 2013, at 10:00 a.m.;

Whereas Applicants and Respondents Chevron Corporation and Chevron U.S.A. Inc. (together "Respondents") agree that the hearing date and briefing schedule should be modified to

SFI-796589v1

STIP. AND [PROPOSED] ORDER MODIFYING
HEARING AND BRIEFING SCHEDULE
CASE NO. 12-mc-80274 RS (KAW)

accord with the Court's Standing Orders and the parties' respective schedules, and in order to allow the parties adequate time to meet and confer;

IT IS HEREBY STIPULATED THAT:

1. The hearing for the Application shall be ~~continued to~~ set for January 17, 2013 at 11:00 a.m.;

2. Respondents' Opposition brief shall be due no later than January 4, 2013;

3. Applicants' Reply brief shall be due no later than January 10, 2013.

Pursuant to Local Rule 5-1(i)(3), I, David L. Wallach, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: December 17, 2012                    JONES DAY

                                            By: /S/ David L. Wallach
                                                David L. Wallach

                                                Counsel for Respondents
                                                CHEVRON CORPORATION and
                                                CHEVRON U.S.A. INC.

Dated: December 17, 2012                    EARTHRIGHTS INTERNATIONAL

                                            By: /S/ Richard Herz
                                                Richard Herz (*pro hac vice*)

                                                Counsel for Applicants
                                                THEOPHILUS G. METSAGHARUN, ET AL.

PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED THAT:

The hearing and briefing schedule are modified as set forth above.

Dated: January 3, 2013

                                            /s/ Kandis Westmore
                                            The Honorable Kandis A. Westmore

- 2 -

STIP. AND [~~PROPOSED~~] ORDER MODIFYING
HEARING AND BRIEFING SCHEDULE
CASE NO. 12-mc-80274 RS (KAW)