1  Robert A. Mittelstaedt (State Bar No. 60359)
   Caroline N. Mitchell (State Bar No. 143124)
2  David L. Wallach (State Bar No. 233432)
   ramitteslstaedt@jonesday.com
3  cnmitchell@jonesDay.com
   dwallach@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    415-626-3939
6  Facsimile:    415-875-5700

7  Attorneys for Respondents
   CHEVRON CORPORATION and CHEVRON U.S.A.
8  INC.

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12
   *IN RE* APPLICATION OF THEOPHILUS G.         Case No. 12-80274 MISC JSW (KAW)
13 METSAGHARUN, *et al.* FOR AN ORDER
   GRANTING LEAVE TO ISSUE                      STIPULATION AND [PROPOSED]
14 SUBPOENAS FOR THE TAKING OF                  ORDER CONTINUING HEARING
   DISCOVERY PURSUANT TO 28 U.S.C.              DATE
15 1782

16                                              Courtroom: 4
                                                Judge:    Hon. Kandis A. Westmore
17

18         In accordance with Local Rule 7-12, the parties in the above-captioned action, through

19 their respective counsel, stipulate as follows:

20         Whereas Applicants Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo

21 Omadeli and Gbejule Okoturo filed an Application for Discovery Pursuant to 28 U.S.C. § 1782

22 on November 29, 2012 (the "Application");

23         Whereas, after the parties agreed to and filed a stipulated briefing schedule and hearing

24 date on December 17, 2012, the case was reassigned, first to Judge Samuel Conti, then to Judge

25 Thelton Henderson, and finally to Judge Jeffrey White;

26         Whereas the parties each understood the reassignment orders to require the hearing to be

27 recalendared in accordance with the schedule of the judge to whom the case had been reassigned.

28 *See* Dkts. 21, 22 & 23 ("[a]ll hearing dates presently scheduled are vacated and motions should be

1 renoticed for hearing before the judge to whom the case has been reassigned");

2 Whereas the parties are still meeting and conferring regarding plaintiffs' application for
3 discovery;

4 IT IS HEREBY STIPULATED THAT:

5 1. The hearing for the Application set for January 17, 2013 at 11:00 a.m. and the
6 associated briefing schedule shall be vacated;

7 2. The parties will continue to work together to agree to a new stipulated hearing date
8 and briefing schedule that accords with the Court's calendar and the parties' schedules.

9 Pursuant to Local Rule 5-1(i)(3), I, David L. Wallach, attest that concurrence in filing this
10 document has been obtained from the other signatory.

Dated: January 4, 2013                     JONES DAY


By: /S/ David L. Wallach
    David L. Wallach

Counsel for Respondents
CHEVRON CORPORATION and
CHEVRON U.S.A. INC.


Dated: January 4, 2013                     EARTHRIGHTS INTERNATIONAL


By: /S/ Richard Herz
    Richard Herz (*pro hac vice*)

Counsel for Applicants
THEOPHILUS G. METSAGHARUN, et al.

PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED THAT:

The hearing and briefing schedule are vacated as set forth above.

Dated: January 1, 2013

*[signature: Kandis Westmore]*
The Honorable Kandis Westmore

SFI-804283v1

- 2 -

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE
CASE NO. 12-MC-80274 RS (KAW)