1  Robert A. Mittelstaedt (State Bar No. 60359)
   Caroline N. Mitchell (State Bar No. 143124)
2  David L. Wallach (State Bar No. 233432)
   ramitteslstaedt@jonesday.com
3  cnmitchell@jonesDay.com
   dwallach@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    415-626-3939
6  Facsimile:     415-875-5700

7  Attorneys for Respondents
   CHEVRON CORPORATION and CHEVRON U.S.A.
8  INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* APPLICATION OF THEOPHILUS G. METSAGHARUN, *et al.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. 1782 | **Case No. 12-80274 MISC JSW (KAW)**<br>AMENDED<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>Courtroom: 4<br>Judge:     Hon. Kandis A. Westmore |

In accordance with Local Rule 7-12, the parties in the above-captioned action, through their respective counsel, stipulate as follows:

Whereas Applicants Theophilus G. Metsagharun, Jackson Omareye, Lofty Ogbe, Bawo Omadeli and Gbejule Okoturo filed an Application for Discovery Pursuant to 28 U.S.C. § 1782 on November 29, 2012 (the "Application");

Whereas, after the parties agreed to and filed a stipulated briefing schedule and hearing date on December 17, 2012, the case was reassigned, first to Judge Samuel Conti, then to Judge Thelton Henderson, and finally to Judge Jeffrey White;

Whereas the parties each understood the reassignment orders to require the hearing to be recalendared in accordance with the schedule of the judge to whom the case had been reassigned. *See* Dkts. 21, 22 & 23 ("[a]ll hearing dates presently scheduled are vacated and motions should be

renoticed for hearing before the judge to whom the case has been reassigned");

Whereas the parties are still meeting and conferring regarding plaintiffs' application for discovery;

IT IS HEREBY STIPULATED THAT:

1. The hearing for the Application set for January 17, 2013 at 11:00 a.m. and the associated briefing schedule shall be vacated;

2. The parties will continue to work together to agree to a new stipulated hearing date and briefing schedule that accords with the Court's calendar and the parties' schedules.

Pursuant to Local Rule 5-1(i)(3), I, David L. Wallach, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: January 4, 2013                JONES DAY

                                      By: /S/ David L. Wallach
                                          David L. Wallach

                                      Counsel for Respondents
                                      CHEVRON CORPORATION and
                                      CHEVRON U.S.A. INC.

Dated: January 4, 2013                EARTHRIGHTS INTERNATIONAL

                                      By: /S/ Richard Herz
                                          Richard Herz (*pro hac vice*)

                                      Counsel for Applicants
                                      THEOPHILUS G. METSAGHARUN, et al.

PURSUANT TO THE FORGOING STIPULATION, IT IS SO ORDERED THAT:

The hearing and briefing schedule are vacated as set forth above.

Dated: January 7, 2013

                                      The Honorable Kandis Westmore