United States District Court
Northern District of California

IN RE THEOPHILUS G. METSAGHARUN, et al.

Case No.: 12-mc-80274 JSW (KAW)

ORDER

On January 8, 2013, pursuant to the Applicants' and Respondents' stipulation, the Court vacated the hearing on Applicants' ex parte application for discovery. The parties stipulated that they would "continue to work together to agree to a new stipulated hearing date and briefing schedule that accords with the Court's calendar and the parties' schedules."

To date, the parties have not requested a new hearing date or briefing schedule for the application. Nor have Applicants withdrawn their application. It is hereby ORDERED that within 14 days of the date of this order, the parties shall file a joint status update regarding the scheduling and resolution of Applicants' application for discovery.

It is so ORDERED.

Dated: March 12, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE