United States District Court
Northern District of California

IN RE THEOPHILUS G. METSAGHARUN, et al.

Case No.: 12-mc-80274 JSW (KAW)

ORDER

On January 8, 2013, pursuant to the Applicants' and Respondents' stipulation, the Court vacated the hearing on Applicants' ex parte application for discovery. The parties stipulated that they would "continue to work together to agree to a new stipulated hearing date and briefing schedule that accords with the Court's calendar and the parties' schedules." On March 12, 2013, the Court ordered the parties to provide a status update. On March 26, 2013, Respondents filed a status update stating that the parties were engaged in discussions to resolve the discovery application, and would inform the Court when a settlement was reached.

To date, the parties have not filed another update. Nor have Applicants withdrawn their application. It is hereby ORDERED that within 14 days of the date of this order, the parties shall file a joint report explaining to the Court why this matter should not be dismissed.

It is so ORDERED.

Dated: August 1, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE