United States District Court
Northern District of California

IN RE THEOPHILUS G. METSAGHARUN, et al.

Case No.: 12-mc-80274 JSW (KAW)

ORDER

Applicants filed an application for discovery in this case on November 29, 2012. On January 8, 2013, pursuant to the Applicants' and Respondents' stipulation, the Court vacated the hearing on Applicants' ex parte application for discovery. The parties stipulated that they would "continue to work together to agree to a new stipulated hearing date and briefing schedule that accords with the Court's calendar and the parties' schedules."

On March 12, the Court ordered the parties to provide a status update. On March 26, 2013, Respondents filed a status update stating that the parties were engaged in discussions to resolve the discovery application, and would inform the Court when a settlement was reached. On August 1, the Court ordered the parties to provide a second status update. The parties complied, and repeated that they were still engaged in settlement discussions.

As the undersigned's standing order requires that discovery disputes be presented in a joint letter format, the application for discovery is denied without prejudice to the filing of such a joint letter. Therefore, it is hereby ORDERED that by August 29, the parties shall either settle this matter or file such a joint letter.

It is so ORDERED.

Dated: August 16, 2013

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE