# United States District Court
## Northern District of California

| | |
|---|---|
| IN RE THEOPHILUS G. METSAGHARUN, et al. | Case No.: 12-mc-80274 JSW (KAW)<br><br>ORDER |

The court opened the above-captioned miscellaneous action on November 29, 2012, upon the filing of the Theophilus Metsagharun's ex parte application for discovery. The matter was referred to the undersigned.

In their last joint status report, the parties indicated that they have reached a settlement in principle and will file a notice of dismissal promptly once that agreement is finalized and executed. As of the date of this order, the parties have not filed a notice of dismissal. The parties shall therefore file a joint status report within 14 days of this order. In the joint status report, the parties shall specify what, if any, progress they have made towards finalizing the settlement agreement, and provide a firm date by which they will file a notice of dismissal.

IT IS SO ORDERED.

Dated: January 3, 2014

KANDIS A. WESTMORE
United States Magistrate Judge