Robert A. Mittelstaedt (State Bar No. 60359)
Caroline N. Mitchell (State Bar No. 143124)
David L. Wallach (State Bar No. 233432)
ramitteslstaedt@jonesday.com
cnmitchell@jonesDay.com
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     415-626-3939
Facsimile:      415-875-5700

Attorneys for Respondents
CHEVRON CORPORATION and CHEVRON U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* APPLICATION OF THEOPHILUS G. METSAGHARUN, *et al.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. 1782 | **Case No. 12-80274 MISC JSW (KAW)**<br><br>**JOINT STATUS REPORT**<br><br>Courtroom: 4<br>Judge:     Hon. Kandis A. Westmore |

Applicants and Respondents file this joint status report pursuant to the Court's January 3, 2014 order. Since the last status report, the parties have reached agreement on the terms of a settlement. Applicants' counsel is awaiting signed forms granting final authority to settle, which is expected to be gathered by tomorrow, after which the settlement will be signed forthwith. After the settlement agreement is executed, and the documents produced, Applicants' counsel will file a Notice of Dismissal.

Pursuant to Local Rule 5-1(i)(3), I, David L. Wallach, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: January 17, 2014          JONES DAY

By: /S/ David L. Wallach
David L. Wallach

Counsel for Respondents
CHEVRON CORPORATION and
CHEVRON U.S.A. INC.


Dated: January 17, 2014          EARTHRIGHTS INTERNATIONAL

By: /S/ Richard Herz
Richard Herz (*pro hac vice*)

Counsel for Applicants
THEOPHILUS G. METSAGHARUN, et al.

SFI-804283v4