# United States District Court
## Northern District of California

IN RE THEOPHILUS G. METSAGHARUN, et al.

Case No.: 12-mc-80274 JSW (KAW)

ORDER

    The court opened the above-captioned miscellaneous action on November 29, 2012, upon the filing of the Theophilus Metsagharun's ex parte application for discovery. The matter was referred to the undersigned.

    In their last joint status report, filed on January 17, 2014, the parties indicated that they had reached agreement on the terms of a settlement and that counsel were awaiting signed forms granting final authority to settle, which were to be delivered on January 18, 2014, after which the settlement would be signed. The parties also stated that once the settlement agreement was executed, and the documents produced, counsel would file a notice of dismissal.

    As of the filing of this order, a notice of dismissal has not been filed. Since the parties have not filed anything with the court indicating that they require more time to finalize the settlement, a notice of dismissal, or stipulation of dismissal, shall be filed no later than April 30, 2014. If neither is on file by that date, the court will issue an order dismissing this miscellaneous action with prejudice.

    IT IS SO ORDERED.

Dated: March 25, 2014

KANDIS A. WESTMORE
United States Magistrate Judge