1   MARCO SIMONS, ESQ. [S.B. #237314]
    marco@earthrights.org
2   RICHARD HERZ, ESQ.
    rick@earthrights.org
3   EARTHRIGHTS INTERNATIONAL
    1612 K Street N.W., Suite 401
4   Washington, DC 20006
    Telephone: (202) 466-5188
5   Facsimile: (202) 466-5189

6   Attorneys for Applicants Theophilus G. Metsagharun,
    Jackson Omareye, Lofty Ogbe, Bawo Omadeli, and
7   Gbejule Okoturo

8   Robert A. Mittelstaedt (State Bar No. 60359)
    Caroline N. Mitchell (State Bar No. 143124)
9   David L. Wallach (State Bar No. 233432)
    ramitteslstaedt@jonesday.com
10  cnmitchell@jonesDay.com
    dwallach@jonesday.com
11  JONES DAY
    555 California Street, 26th Floor
12  San Francisco, CA  94104
    Telephone:    415-626-3939
13  Facsimile:    415-875-5700

14  Attorneys for Respondents
    CHEVRON CORPORATION and CHEVRON U.S.A.
15  INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE* APPLICATION OF THEOPHILUS G. METSAGHARUN, *et al.* FOR AN ORDER GRANTING LEAVE TO ISSUE SUBPOENAS FOR THE TAKING OF DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | **Case No. 12-80274 MISC JSW (KAW)**<br><br>**JOINT STATUS REPORT**<br><br>Courtroom: 4<br>Judge:     Hon. Kandis A. Westmore |

Applicants and Respondents file this joint status report in response to the Court's March 25, 2014, order. As previously noted, the parties have successfully negotiated a settlement agreement. The agreement is now fully executed. Respondents executed the agreement on March 31, 2014; Applicants executed a version of the agreement on February 28, and then re-executed a modified version on April 2, 2014.

Although the settlement agreement is fully executed, a dispute has arisen regarding the parties' obligations under the agreement. Despite lengthy discussion, the parties have been unable to resolve this dispute. Applicants' position is that under the terms of the agreement, dismissal is inappropriate at this date, and that the dispute should be submitted to the Court. Respondents disagree and have agreed to include their position in a joint filing to expedite a final resolution. The parties expect to submit the joint filing to the Court tomorrow, April 30, 2014.

Pursuant to Local Rule 5-1(i)(3), I, Richard Herz, attest that concurrence in filing this document has been obtained from the other signatory.

Dated: April 29, 2014          EARTHRIGHTS INTERNATIONAL

                               By: /S/ Richard Herz
                                   Richard Herz *(pro hac vice)*

                               Counsel for Applicants
                               THEOPHILUS G. METSAGHARUN, et al.


Dated: April 29, 2014          JONES DAY

                               By: /S/ David L. Wallach
                                   David L. Wallach

                               Counsel for Respondents
                               CHEVRON CORPORATION and
                               CHEVRON U.S.A. INC

- 2 -

JOINT STATUS REPORT
CASE NO. 12-MC-80274 JSW (KAW)