United States District Court
Northern District of California

IN RE THEOPHILUS G. METSAGHARUN, et al.

Case No.: 12-mc-80274 JSW (KAW)

ORDER REGARDING JOINT STATUS REPORT

On May 9, 2014, the Court ordered the parties to meet and confer to resolve their remaining discovery disputes. (May 9, 2014 Order, Dkt. No. 47.) The Court also put the parties on notice that if a dismissal was not filed within 14 days, the Court would order the parties to file a joint discovery letter brief on their unresolved issues. (May 9, 2014 Order, Dkt. No. 47.) No dismissal was filed. Instead, the parties requested that the Court allow them another two weeks, until June 6, 2014, to attempt to resolve their issues before ordering the parties to file a joint letter brief.

The Clerk opened this miscellaneous action on November 29, 2012. Since that time, the parties have routinely requested continuances of this Court's deadlines without successfully resolving the underlying application for discovery. The Court has granted the parties' numerous requests, but they are now on notice that **this will be the final extension the Court grants in this matter.** If a dismissal is not on file by June 6, 2014, the parties shall file a joint letter brief by no later than June 13, 2014. If the parties do neither by applicable deadline, this miscellaneous action will be dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 27, 2014

KANDIS A. WESTMORE
United States Magistrate Judge